IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GROUP MANAGEMENT SERVICES, INC.<br><br>      Plaintiff<br>v.<br><br>SAMUEL R. SPIRK, ALYSA M. THUR, and VENSURE EMPLOYER SERVICES, INC., d/b/a VENSURE EMPLOYER SOLUTIONS<br><br>      Defendants. | CASE NO. 5:24-CV-1831<br><br>JUDGE JOHN ADAMS |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Group Management Services, Inc. ("GMS") hereby provides notice of its dismissal of the captioned matter, with prejudice.

Respectfully Submitted,

s/  *Kristine M. Woliver*
Kristine M. Woliver (0092175) (Trial Attorney)
**SQUIRE PATTON BOGGS (US) LLP**
2000 Huntington Center
41 South Hight Street
Columbus, Ohio 43215
(614) 365-2700
(614) 365-2499 (facsimile)
kristine.woliver@squirepb.com

Elaine Aten Brown (0065117)
**SQUIRE PATTON BOGGS (US) LLP**
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8500
(216) 479-8780 (facsimile)
elaine.brown@squirepb.com

Attorneys for Plaintiff Group Management Services, Inc.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/ *Kristine M. Woliver*
      Kristine M. Woliver (0092175) (Trial Attorney)